UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Albert S. Kelly, | C/A No. 4:15-1518-TLW-TER |
| Petitioner, | |
| vs. | |
| | REPORT AND RECOMMENDATION |
| Warden Kirkland Correctional Institution, | |
| Respondent. | |

Petitioner, appearing *pro se*, filed his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254[1] on April 8, 2015. On August 13, 2015, Petitioner filed a motion entitled "Motion to Rule on Behalf of Petitioner for States failure to Prosecute." (Doc. #32). This motion is being treated as a motion for default judgment.

It is recommended that this motion for default judgment be denied. Based on the court's docket sheet, Respondent filed a motion for an extension of time on July 6, 2015. (Doc. #19). This motion for extension of time was granted by order on July 6, 2015, giving Respondent up to and including August 5, 2015. (Doc. #20). On August 5, 2015, Respondent filed a second motion for extension. (Doc. #26). This motion was granted giving Respondent up to and including September 4, 2015. Respondent filed a return and memorandum on September 4, 2015. Accordingly, it is recommended that Plaintiff's motion for default judgment be denied.

---

[1] This habeas corpus case was automatically referred to the undersigned United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 19.02 (B)(2)(c), DSC. Because this is a dispositive motion, this report and recommendation is entered for review by the district judge.

## **CONCLUSION**

Based on the above reasoning, it is RECOMMENDED that Plaintiff's motion for default judgment (doc. #32) be DENIED.

                                                    Respectfully submitted,

                                                    s/Thomas E. Rogers, III
                                                    Thomas E. Rogers, III
                                                    United States Magistrate Judge

September 14, 2015
Florence, South Carolina

**The parties' attention is directed to the important notice on the next page.**