IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Albert S. Kelly,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>Warden Kirkland Correctional Institution,<br><br>　　　　　　　　　Respondent. | C/A No. 4:15-cv-1518-TLW-TER<br><br>**ORDER** |

　　　　Petitioner, appearing *pro se*, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) The matter was referred to Magistrate Judge Thomas E. Rogers III, and now comes before this Court for review of his Report and Recommendation ("R&R"; ECF No. 38) on a motion entitled "Motion to Rule on Behalf of Petitioner for States failure to Prosecute" (ECF No. 32). In the R&R, the Magistrate Judge treats this filing as a motion for default judgment, and he recommends that the Court deny the motion. Objections to the R&R were due by October 1, 2015, and Plaintiff filed no objection.

　　　　This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's R&R to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that R&R. 28 U.S.C. § 636. In the absence of objections to the R&R, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

　　　　This Court carefully reviewed the R&R and the record in this case and, noting that there was no objection by Plaintiff, the R&R is hereby **ACCEPTED.** For the reasons articulated by the Magistrate Judge in the R&R, Petitioner's "Motion to Rule on Behalf of Petitioner for States failure to Prosecute" (ECF No. 32) is hereby **DENIED**.

**IT IS SO ORDERED**.

*s/Terry L. Wooten*  
Chief United States District Judge

December 21, 2015  
Columbia, South Carolina